```
                    FILED
         CLERK, U.S.D.C. SOUTHERN DIVISION

              SEP 29 2010

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA 10-356 M |
| Hakobyan, Sargis DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Thursday, Sept 30, 2010___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N. Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                    (Other custodial officer)

Dated: 9/29/10

                                     ROBERT N. BLOCK
                         U.S. District Judge/Magistrate Judge